DEWEY PEGNO & KRAMARSKY LLP
777 THIRD AVENUE  NEW YORK, NEW YORK  10017
PHONE: (212) 943-9000  FACSIMILE: (212) 943-4325
WWW.DPKLAW.COM

# MEMORANDUM ENDORSED

November 14, 2019

**BY ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007
(212) 805-0296

      Re: *Pebble Tide LLC v. Brickhouse Electronics LLC*, 1:19-cv-06997-GHW

Dear Judge Woods:

    I write on behalf of both parties in the above-captioned matter to request a (i) 30-day extension of time to answer or otherwise move with respect to the Complaint and (ii) a 30-day adjournment of the December 5, 2019 initial conference.

    The parties are advancing in discussions regarding early resolution of this matter and have agreed that additional time would be helpful to that endeavor. Additionally, counsel for Plaintiff has a hearing in another case which conflicts with the scheduled conference.

    This is the fourth request for an extension of the time to answer; the current date to respond is November 18, 2019. We request an extension to December 18, 2019, or as near as may be convenient for the Court.

    This is the third request for an adjournment of the initial conference, which is currently scheduled for December 5, 2019 at 3:30 p.m. We request an adjournment until at least January 6, 2019.

                              Sincerely,

                                Thomas E.L. Dewey

---

Application granted. The deadline for Defendants to answer or otherwise respond to the Complaint is extended to December 18, 2019. The initial pretrial conference scheduled for December 5, 2019 is adjourned until January 7, 2020 at 4:30 p.m. The joint letter and proposed case management plan described in the Court's August 15, 2019 order, Dkt No. 10, is due on December 31, 2019.

SO ORDERED.

Dated: November 15, 2019
New York, New York

                              GREGORY H. WOODS
                              United States District Judge