USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/2019

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEBBLE TIDE LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BRICKHOUSE ELECTRONICS LLC, ) <br> ) <br> Defendant. ) | **MEMORANDUM ENDORSED** <br><br> Case No. 1:19-cv-06997-GHW |

### NOTICE OF JOINT MOTION
### TO STAY PENDING OUTCOMES
### OF MOTIONS TO DISMISS IN RELATED CASES

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated December 17, 2019, the Affirmation of L. Lars Hulsebus dated December 17, 2019, and the exhibits thereto, the undersigned counsel for Plaintiff Pebble Tide, LLC ("Plaintiff") and Defendant Brickhouse Electronics, LLC ("Defendant") shall jointly move this Court, at a time and date to be set by the Court, pursuant to Fed. R. Civ. P. 26 and the Court's inherent power to manage its docket, for an Order staying all proceedings in this action until the Motions to Dismiss currently pending in Civil Action Nos. 3:19-cv-02987 (N.D. Cal.), 1:19-cv-00769 (D. Del.), 1:19-cv-01397 (D. Del.), 1:19-cv-01177 (D. Del.), and 3:19-cv-11554 (D.N.J.), and the Motion for Judgment on the Pleadings currently pending in Civil Action No. 4:19-cv-03906 (S.D. Tex.), (together, the "Related Actions") have been decided.

1

Dated: December 17, 2019

/s/     Isaac Rabicoff                       /s/     L. Lars Hulsebus

Isaac Rabicoff (*pro hac vice*)
isaac@rabilaw.com
**Rabicoff Law LLC**
73 W. Monroe St
Chicago, IL 60603
773-669-4590

*Counsel for Plaintiff*

L. Lars Hulsebus
lhulsebus@dpklaw.com
Jenifer L Salzberg
jsalzberg@dpklaw.com
**Dewey, Pegno & Kramarsky, LLP**
777 Third Avenue
New York, NY 10017
(212) 943-9000
Fax: (212) 943-4325

*Counsel for Defendant*

OF COUNSEL:

Anita M. Spieth
aspieth@choate.com
**Choate, Hall & Stewart LLP**
Two International Place
Boston, MA 02110
(617) 248-4031
Fax: (617) 502-4031

Application granted. All deadlines in this case are stayed pending resolution of the motions listed above. The parties are directed to notify the Court promptly when these motions have been decided. If the motions have not been decided by June 15, 2020, the parties are directed to submit a joint status letter to the Court on that date.

SO ORDERED.

Dated:  December 18, 2019
New York, New York

GREGORY H. WOODS
United States District Judge